# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **3:12-CR-00435-BR** |
| v. | **FINAL ORDER OF FORFEITURE** |
| **STEVEN MILLER,** | Fed. R. Crim. P. 32.2(c)(2) |
| **Defendant.** | |

On March 20, 2013, this Court entered a Preliminary Order of Forfeiture, ordering defendant Steven Miller, to forfeit all of his right, title, and interest in:

**A Harrington & Richardson, Model 1904 .38 caliber revolver, serial number 27134.**

Notice of this forfeiture proceeding was published on the official government internet site (www.forfeiture.gov) for 30 consecutive days beginning on March 22, 2013.

No timely petitions have been filed with this Court and the time has expired.

The Court finds that defendant Steven Miller had an interest in the above-described property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d).

IT IS HEREBY ORDERED AND ADJUDGED that pursuant 18 U.S.C. § 924(d), all right, title, and interest to

**A Harrington & Richardson, Model 1904 .38 caliber revolver, serial number 27134.**

are hereby forfeited and vested in the United States of America, free and clear of the claims of any person, including defendant Steven Miller. The United States Government is directed to dispose of the property in accordance with the law.

The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this 31st day of _____May_____, 2013.

_____
**ANNA J. BROWN**
United States District Judge

Submitted by:

**S. AMANDA MARSHALL, OSB #95347**
United States Attorney

*s/ Leslie J. Westphal*
**LESLIE J. WESTPHAL, OSB #83344**
Assistant United States Attorney